UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SALEH MIZYED | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) No. 03 CR 386-11 |
| | ) Judge John W. Darrah |
| | ) |

## RELEASE OF FORFEITURE AGREEMENT

NOTICE IS HEREBY GIVEN by the United States of America that certain property named in a forfeiture agreement recorded with the Cook County Recorder's Office on August 6, 2003, as Document Number 0321839132, is hereby released and discharged.

Accordingly, the lien is released and the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to the surety, Saleh Mizyed at the property address.

The property affected by this release is located at 8001-8003 South Ashland, Chicago, Illinois, described legally as follows:

> LOT 41 AND 42 (EXCEPT THAT PART OF SAID LOTS 41 AND 42 TAKEN FOR ASHLAND AVENUE WIDENING) IN BLOCK 21 IN THIRD ADDITION TO AUBURN HIGHLANDS, BEING HART'S SUBDIVISION OF BLOCKS 5 AND 9 IN CIRCUIT COURT PARTITION OF THE NORTHWEST 1/4 OF SECTION 32, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

> PIN(s): 20-32-108-001-0000 and 20-32-108-002-0000

Further information concerning this action may be obtained from the undersigned Assistant United States Attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Christopher S. Niewoehner
CHRISTOPHER S. NIEWOEHNER
Assistant United States Attorney
219 South Dearborn Street
Room 500
Chicago, Illinois 60604
(312) 353-6117
chris.niewoehner@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the:

**RELEASE OF FORFEITURE AGREEMENT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on May 15, 2007, to the following:

>Saleh Mizyed
>6440 W. 89th Place
>Oak Lawn, IL 60453
>
>Ronald Richards
>Law Offices of Ronald Richards & Associates
>P.O. Box 11480
>Beverly Hills, CA 90213

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By: s/Christopher S. Niewoehner
>CHRISTOPHER S. NIEWOEHNER
>Assistant United States Attorney
>219 South Dearborn Street
>Room 500
>Chicago, Illinois 60604
>(312) 353-6117
>chris.niewoehner@usdoj.gov