UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SALEH MIZYED | ) | |
| | ) | |
| | ) | No. 03 CR 386-11 |
| | ) | Judge John W. Darrah |
| | ) | |

## RELEASE OF FORFEITURE AGREEMENT

NOTICE IS HEREBY GIVEN by the United States of America that certain property named in a forfeiture agreement recorded with the Cook County Recorder's Office on August 6, 2003, as Document Number 0321839133, is hereby released and discharged.

Accordingly, the lien is released and the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, shall be returned to the surety, Saleh Mizyed at the property address.

The property affected by this release is located at 1755 West 79th Street, Chicago, Illinois, described legally as follows:

> LOTS 9 AND 10 IN BLOCK 4 IN AUBURN HEIGHTS, A SUBDIVISION OF THE EAST ½ OF THE NORTHEAST 1/4 OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

> PIN: 20-31-204-001-0000

Further information concerning this action may be obtained from the undersigned Assistant United States Attorney.

<div style="margin-left: 40%;">
Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/Christopher S. Niewoehner
       CHRISTOPHER S. NIEWOEHNER
       Assistant United States Attorney
       219 South Dearborn Street
       Room 500
       Chicago, Illinois 60604
       (312) 353-6117
       chris.niewoehner@usdoj.gov
</div>

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the:

**RELEASE OF FORFEITURE AGREEMENT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on May 15, 2007, to the following:

    Saleh Mizyed
    6440 W. 89th Place
    Oak Lawn, IL 60453

    Ronald Richards
    Law Offices of Ronald Richards & Associates
    P.O. Box 11480
    Beverly Hills, CA 90213

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:    s/Christopher S. Niewoehner
    CHRISTOPHER S. NIEWOEHNER
    Assistant United States Attorney
    219 South Dearborn Street
    Room 500
    Chicago, Illinois 60604
    (312) 353-6117
    chris.niewoehner@usdoj.gov